CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 FEB -1 AM 11:01

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 5:17-CR-00002-C-BQ-1 |
| | § | |
| ROBERT CRAVIN | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**ROBERT CRAVIN,** by consent, under authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the *Felony Information*. After cautioning and examining **ROBERT CRAVIN,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **ROBERT CRAVIN,** be adjudged guilty and have sentence imposed accordingly.

Date: February 1, 2017.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).